UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>   Tina A Nelson<br>   Gerald A Nelson, Sr<br>        Debtor(s) | Case No. 16 B 09700 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/21/2016.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 08/01/2016.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $738.48 |
| Less amount refunded to debtor | $712.65 |

**NET RECEIPTS:** $25.83

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $25.83 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $25.83

Attorney fees paid and disclosed by debtor: $350.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Ally Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Ally Financial | Secured | 161.02 | 161.02 | 161.02 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AT&T Uverse | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Baxter Credit Union | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank USA NA | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Check Into Cash Corporate | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| City of Evanston | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 287.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Financial | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| Global Netwk | Unsecured | 2,933.00 | NA | NA | 0.00 | 0.00 |
| I C System Inc | Unsecured | 412.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Employment Security | Unsecured | 8,679.00 | NA | NA | 0.00 | 0.00 |
| Illinois Lending Corporation | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 1,424.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Jeffery M Leving Ltd | Unsecured | 5,227.50 | NA | NA | 0.00 | 0.00 |
| Kay Jewelers | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Kay Jewelers | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Michael Rivas, Attorney at Law | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| National Credit Adjusters | Unsecured | 518.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 4,500.00 | NA | NA | 0.00 | 0.00 |
| Northeastern University | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Northshore University Healthsystem | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| NTL ACCT SRV | Unsecured | 344.00 | NA | NA | 0.00 | 0.00 |
| PLS Financial Services Inc | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Presence Saint Francis Hospital | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Robert Egan, Attorney at Law | Priority | 2,000.00 | 2,117.50 | 2,117.50 | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| US Cellular | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Village of Alsip | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Village of Skokie | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $161.02 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$161.02** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $2,117.50 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$2,117.50** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $25.83 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$25.83** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/05/2017        By: /s/ Marilyn O. Marshall
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**